UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE DeJESUS GONZALEZ,<br><br>　　　　Petitioner,<br><br>　v.<br><br>JOE A. LIZARRAGA,<br><br>　　　　Respondent. | No.  2:15-cv-1961 WBS GGH P<br><br><br><br><br>ORDER TO SHOW CAUSE |

　　　By order of May 16, 2016, the parties were directed to respond to questions with further briefing, due within fourteen days of that order.  Petitioner has failed to file a response.

　　　Accordingly, IT IS ORDERED that:  Within **seven** days of this order, petitioner shall show cause for his failure to comply with the court's order, and file a response to the May 16, 2016 order, or waive any arguments which he may have raised in that response.

Dated:  June 1, 2016

　　　　　　　　　　　　　　　　　　　　/s/ Gregory G. Hollows

　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

GGH:076/Gonz1961.osc

1